Date: 10/22/10  Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-10157 - WATTS, LORI NICHOLE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000014 | 86.67 | 1.85 |
| ---------- Remittance Total -------------- | | 86.67 | 1.85 |

SUSAN MANCHESTER, Trustee